**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David Dean Raguse** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Susan Eve Raguse** | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) **26-60312**

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B | $ **8,179,500.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B | $ **634,013.24** |
| | 1c. Copy line 63, Total of all property on Schedule A/B | $ **8,813,513.24** |

### Part 2: Summarize Your Liabilities

| | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **7,868,202.75** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ **20,250.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ **22,631,983.26** |
| | **Your total liabilities** | $ **30,520,436.01** |

### Part 3: Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ **11,409.42** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ **8,882.00** |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ■ Yes
7. **What kind of debt do you have?**
   - ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ■ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ |
| 9d. Student loans. (Copy line 6f.) | $ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+**$ |
| 9g. **Total.** Add lines 9a through 9f. | $ |

**Fill in this information to identify your case and this filing:**

Debtor 1: **David Dean Raguse** (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): **Susan Eve Raguse** (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number **26-60312**

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**6867 740th Street**
Street address, if available, or other description

**Wheaton** **MN** **56296-0000**
City State ZIP Code

**Traverse**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $275,000.00 | $275,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint tenant**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**That part of the NE¼ of Section 4, Township 128 North, Range 46 West of the Fifth Principal Meridian, Traverse County, Minnesota, described as follows: The North 475.00 feet of the West 865.00 feet of the East 2289.00 feet of the NE¼ of Section 4, Township 128 North, Range 46 West**

**If you own or have more than one, list here:**

1.2

**No Address**
Street address, if available, or other description

City State ZIP Code

**Traverse**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,199,000.00** | **$1,199,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint tenant**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**PID: 12-0097000; The NW¼ of Section 28, Township 129 North, Range 46 West, Traverse County, Minnesota, EXCEPTING THEREFROM that part of NW¼ of Section 28, described as follows: a parcel of land located in the NW¼ of Section 28, Township 129 North, Range 46 West, described as follows: Beginning at the Northwest corner of Section 28, Township 129 North, Range 46 West; thence East and along the North line of said Section 28 a distance of 238.6 feet; thence deflect an angle to the right of 89°33' a distance of 806.3 feet; thence deflect an angle to the right of 90°27' a distance of 238.6 feet to the West line of said Section 28; thence North and along the West line of said Section 28 a distance of 806.3 feet to the Point of Beginning and there terminating. ALSO EXCEPTING THEREFROM the East 540.26 feet of the West 778.86 feet of the North 806.30 feet of the NW¼NW¼ of Section 28, Township 129 North, Range 46 West, Traverse County, Minnesota.**

**If you own or have more than one, list here:**

1.3

**No Address**
Street address, if available, or other description

City State ZIP Code

**Traverse**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $182,900.00 | $182,900.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint tenant**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**PID: 12-0104000; All of NE¼SE¼ and that part of the W½SE¼, all being within Section 29, Township 129 North, Range 46 West, Traverse County, Minnesota, described as follows: Commencing at the Southeast corner of said Section 29; thence North 89°45'58" West, assumed bearing along the South line of said Section, 1322.91 feet to a point being on the East line of aforesaid W½SE¼, said point being the point of beginning of the land to be described; thence continuing North 89°45'58" West, along said South line of Section 29, a distance of 20.00 feet; thence North 00°04'13" West 70.00 feet; thence North 13°48'02" West 1539.50 feet; thence North 15°10'51" West 1106.26 feet to the North line of aforesaid W½SE¼ of Section 29; thence North 89°41'42" East, along said North line and along the North line of aforesaid NE¼SE¼ of Section 29, a distance of 1994.00 feet to the East line of said Section 29; thence South 00°07'43" East, along said East line, 1324.41 feet to the South line of said NE¼SE¼; thence South 89°57'53" West, along said South line, 1321.55 feet to the East line of aforesaid W½SE¼ of Section 29; thence South 00°04'13" East, along said East line, 1318.19 feet to the Point of Beginning.**

Debtor 1 **David Dean Raguse**
Debtor 2 **Susan Eve Raguse**

Case number *(if known)* **26-60312**

**If you own or have more than one, list here:**

1.4

**No Address**
Street address, if available, or other description

City State ZIP Code

**Traverse**
County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,250,800.00 | $1,250,800.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

- [ ] **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**PID: 12-0022002; That part of the SE¼ of Section 7, Township 129 North, Range 46, West, Traverse County, Minnesota, described as follows: The South 2593 feet of the SE¼ of Section 7, Township 129 North, Range 46, West of the Fifth Principal Meridian, Traverse County, Minnesota, EXCEPTING THEREFROM the East 75 feet thereof which is designated as Minnesota Trunk Highway No. 75 Right of Way.**

---

**If you own or have more than one, list here:**

1.5

**No Address**
Street address, if available, or other description

City State ZIP Code

**Traverse**
County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $140,700.00 | $140,700.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint tenant**

- [ ] **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**PID: 12-0115000; The NE¼NE¼ of Section 32, Township 129 North, Range 46 West, Traverse County, Minnesota EXCEPT the North 70 feet thereof**

**If you own or have more than one, list here:**

1.6

**No Address**
Street address, if available, or other description

City State ZIP Code

**Traverse**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $519,700.00 | $519,700.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**PID: 08-0016001; The North 19.93 acres of Lot 1, the North 20.38 acres of Lot 2, all in Section 4, Township 128 North, Range 46 West of the Fifth Principal Meridian, Traverse County, Minnesota, EXCEPTING THEREFROM that part of the NE¼ of Section 4, Township 128 North, Range 46 West of the Fifth Principal Meridian, Traverse County, Minnesota, described as follows: The North 475.00 feet of the West 865.00 feet of the East 2289.00 feet of the NE¼ of Section 4, Township 128 North, Range 46 West**

---

**If you own or have more than one, list here:**

1.7

**No Address**
Street address, if available, or other description

City State ZIP Code

**Traverse**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,198,900.00 | $1,198,900.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**PID: 08-0016002; The South Thirty (30) acres of Lot One (1), the South Thirty (30) acres of Lot Two (2), and the South Half (S1/2) of the Northeast Quarter (NE1/4), all in Section Four (4), Township One Hundred Twenty-eight (128) North, Range Forty-six (46) West, Traverse County, Minnesota**

**If you own or have more than one, list here:**

1.8 **No Address**
Street address, if available, or other description

City State ZIP Code

**Traverse**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$316,500.00** | **$316,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**PID: 12-0101000; The Southeast Quarter of the Southwest Quarter (SE1/4SW1/4) of Section 28, Township 129 North, Range 46 West, Traverse County, Minnesota, EXCEPTING THEREFROM that part of SW¼ of Section 28, Township 129 North, Range 46 West, Traverse County, Minnesota, commencing at the Southwest corner of the SW¼ of said Section 28, thence due East on the South line of said Section 28, a distance of 2658.5 feet, more or less, thence due North parallel with the West line of said Section 28, a distance of 70 feet, thence due West parallel with the South line of said Section 28, a distance of 2658.5 feet, more or less, thence due South parallel with the West line of said Section 28, a distance of 70 feet to the Point of Beginning and there terminating**

**If you own or have more than one, list here:**

1.9

**No Address**
Street address, if available, or other description

City State ZIP Code

**Traverse**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$708,800.00** | **$708,800.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint tenant**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**PID: 12-0102000; The NE¼ of Section 29, in Township 129 North, Range 46 West, Traverse County, Minnesota, EXCEPTING THEREFROM the East 540.26 feet of the North 806.30 feet of the NE¼NE¼ of Section 29, Township 129 North, Range 46 West, Traverse County, Minnesota. ALSO EXCEPTING THEREFROM All that part of the Northeast Quarter of Section 29, Township 129, Range 46, Traverse County, Minnesota, described as follows: Commencing at the northeast corner of said Section 29; thence South 89°36'29" West (bearing is based on Traverse County Coordinates - 2011 Adjustment) along the north line of said Section 29, a distance of 1007.41 feet to the point of beginning of the land to be described; thence continuing South 89°36'29" West along said north line, a distance of 467.00 feet; thence South 00°23'31" East a distance of 467.00 feet; thence North 89°36'29" East a distance of 467.00 feet; thence North 00°23'31" West a distance of 467.00 feet to the point of beginning.**

**If you own or have more than one, list here:**

1.10

**No address**
Street address, if available, or other description

City State ZIP Code

**Traverse**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,001,800.00** | **$1,001,800.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**PID: 12-0101001; The SW1/4 of Section 28, Township 129 North, Range 46 West, Traverse County, Minnesota EXCEPTINGTHEREFROM the SE1/4 of the SW1/4 AND EXCEPTING THEREFROM that part of SW¼ of Section 28, Township 129 North, Range 46 West, Traverse County, Minnesota, commencing at the Southwest corner of the SW¼ of said Section 28, thence due East on the South line of said Section 28, a distance of 2658.5 feet, more or less, thence due North parallel with the West line of said Section 28, a distance of 70 feet, thence due West parallel with the South line of said Section 28, a distance of 2658.5 feet, more or less, thence due South parallel with the West line of said Section 28, a distance of 70 feet to the Point of Beginning and there terminating**

**If you own or have more than one, list here:**

1.11

**No Address**
Street address, if available, or other description

City State ZIP Code

**Traverse**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$399,500.00** | **$399,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**PID: 12-0123000; The West 50 acres of the Southeast Quarter (SE1/4), Section Thirty-three (33), Township One Hundred Twenty-nine (129) North, Range Forty-six West of the Fifth Principal Meridian, Traverse County, Minnesota EXCEPTING THEREFROM the South 50.00 feet of the West 822.75 feet of the SE1/4 of Section 33 in Township 129 North of Range 46 West of the Fifth Principal Meridian**

**If you own or have more than one, list here:**

1.12

**7142 County Road 16**
Street address, if available, or other description

**MN** **56296-0000**
City State ZIP Code

**Traverse**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$59,500.00** | **$59,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Commencing at the Southwest corner of the Southwest Quarter, Section Twelve (12), Township One Hundred Twenty-eight (128), Range Forty-six (46) West; go easterly along the Section Line a distance of 445 feet and then stop, this being the point of beginning of the tract herein conveyed; continue easterly along said Section Line a distance of 420 feet and stop; thence continue at right angles northerly a distance of 295 feet and stop; thence continue at right angles westerly a distance of 420 feet (which line is parallel to the Section Line); thence continue at right angles southerly a distance of 295 feet to the point of beginning.**

---

**If you own or have more than one, list here:**

1.13

**1015 Hwy 9**
Street address, if available, or other description

**Campbell** **MN** **56522-0000**
City State ZIP Code

**Wilkin**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$21,100.00** | **$21,100.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**PID: 24-050-0010**

**If you own or have more than one, list here:**

1.14

**Hwy 9**
Street address, if available, or other description

**Campbell** **MN** **56522-0000**
City State ZIP Code

**Wilkin**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $25,900.00 | $25,900.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**PID: 24-050-0030**

---

**If you own or have more than one, list here:**

1.15

**No Address**
Street address, if available, or other description

City State ZIP Code

**Traverse**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ■ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $879,400.00 | $879,400.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**PID: 12-0120000; The SE¼NW¼ of Section 33, and the E½SW¼ of Section 33; in Township 129 North, Range 46 West, Traverse County, Minnesota, EXCEPTING THEREFROM that part of the SW¼ of Section 33, Township 129 North, Range 46 West, Traverse County, Minnesota, described as follows: Beginning at the Southwest corner of said Section 33; thence South 89°58'02" East, assumed bearing along the South line of said Section, 1535.50 feet, that portion of said South line of Section 33 also being the center line of a public roadway; thence North 01°03'07" West 1199.83 feet; thence North 10°55'34" East 702.02 feet; thence North 00°23'43" East 759.46 feet to the North line of said SW¼ of Section 33; thence North 89°52'12" West, along said North line, 1636.70 feet to the West line of said Section 33; thence South 00°19'33" West, along said West line, 2651.24 feet to the Point of Beginning. ALSO EXCEPTING THEREFROM the South 50.00 feet of the East 485.00 feet of SW¼ of Section 33, Township 129 North, Range 46 West of the Fifth Principal Meridian, Traverse County, Minnesota.**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................................................=>** **$8,179,500.00**

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

3.1 Make: **Lincoln**
Model: **MKX**
Year: **2013**
Approximate mileage: **260000**
Other information:

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,000.00 | $1,000.00 |

3.2 Make: **Ford**
Model: **Explorer**
Year: **2022**
Approximate mileage: **42000**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $25,000.00 | $25,000.00 |

3.3 Make: **Ford**
Model: **Transit Van**
Year: **2019**
Approximate mileage: **187,000**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $16,000.00 | $16,000.00 |

3.4 Make: **Corvette**
Model:
Year: **1998**
Approximate mileage: **120000**
Other information:
**Doesn't run**

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,000.00 | $5,000.00 |

Debtor 1 **David Dean Raguse**
Debtor 2 **Susan Eve Raguse**
Case number *(if known)* **26-60312**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No

■ Yes

4.1 Make: **Yamaha**
Model: **Wave Runner**
Year: **2016**
Other information:
**Jet Ski**

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| **$3,000.00** | **$3,000.00** |

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>** **$50,000.00**

**Part 3:** **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

**Furniture** — **$500.00**

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

**regular household electronics** — **$100.00**

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes. Describe.....

**Kayak** — **$50.00**

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Wearing Apparel** | **$250.00** |

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Wedding Rings** | **$250.00** |

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................** **$1,150.00**

**Part 4:** **Describe Your Financial Assets**

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.......................................................................................................................

| | |
|---|---|
| **Cash** | **$1,000.00** |

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes........................ Institution name:

| | | Institution name | |
|---|---|---|---|
| 17.1. | **Checking** | **Town and Country Account #7841** | **$270.73** |
| 17.2. | **Checking** | **Wells Fargo Checking Account #9783** | **$98.84** |
| 17.3. | **Checking** | **Wells Fargo Checking Account #3806** | **$83.57** |
| 17.4. | **Savings** | **Town & Country Credit Union** | **$5.00** |

17.5. **Checking** **Bell Bank #0490** **$159.00**

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Raguse Family Partnership** | **42** % | **Unknown** |
| **Raguse Family Partnership** | **25** % | **Unknown** |
| **R.A.G. Holdings, LLC** | **50** % | **Unknown** |
| **Red Rock Cattle, LLC** | **50** % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401(k)** | **Fidelity** | **$328,394.10** |
| **Pension** | **Doosan Bobcat North America, Inc.** | **$101,867.00** |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| **2022 Taxes filed, but refund not received yet** | **Federal** | **$7,163.00** |
| **2024 Taxes filed, but refund not received yet** | **Federal** | **$12,907.00** |
| **2025 Taxes filed, but refund not received yet** | **Federal** | **$9,486.00** |
| **2024 Taxes filed, but refund not received yet** | **State** | **$2,070.00** |
| **2025 Taxes filed, but refund not received yet** | **State** | **$1,359.00** |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

| | | | |
|---|---|---|---|
| | **Country Financial - Policy #003680444** | **David Raguse** | **$0.00** |
| | **Country Financial - Policy #003266832** | **Susan Raguse** | **$0.00** |
| | **Northwestern Mutual - Policy # 21660165** | **David Raguse** | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**

■ No
☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................................** **$464,863.24**

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.
☐ Yes. Go to line 38.

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.
■ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

■ No
☐ Yes................

48. **Crops—either growing or harvested**

■ No
☐ Yes. Give specific information.....

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☐ No
■ Yes................

| | |
|---|---|
| **2003 Grain Trailer, VIN: 1TDH400283B101787** | **$15,000.00** |
| **2002 Grain Trailer, VIN: 1MT2P42202H014471** | **$15,000.00** |
| **2012 Ford 350, VIN: 1FT8W3B61CED04465** | **$5,000.00** |
| **2001 Hopper, VIN: 1MT2P42241H014410** | **$15,000.00** |
| **2022 Aero Trailer, VIN: 7PUBC2022NW001323** | **$12,000.00** |
| **2022 ARTR Enclosed Trailer, VIN: 7PUBC2026NW000725** | **$12,000.00** |
| **2022 LDTL Utility Trailer, VIN: 4ZEUT1625B1262388** | **$12,000.00** |
| **1992 Freightliner Conventional, VIN: 1FUYDSYB7NP518414** | **$15,000.00** |
| **1991 Freightliner Conventional, VIN: 1FUYDCYB2MP502996** | **$15,000.00** |
| **2001 Doolittle Utility Trailer, VIN: 1DGCS12141M043740** | **$2,000.00** |

50. **Farm and fishing supplies, chemicals, and feed**
■ No
☐ Yes................

51. **Any farm- and commercial fishing-related property you did not already list**
■ No
☐ Yes. Give specific information.....

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................................................................. **$118,000.00**

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................................... **$0.00**

**Part 8:** **List the Totals of Each Part of this Form**

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........ | | | **$8,179,500.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$50,000.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$1,150.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$464,863.24** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$118,000.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$634,013.24** | Copy personal property total | **$634,013.24** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$8,813,513.24** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David Dean Raguse** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Susan Eve Raguse** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number **26-60312**
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **6867 740th Street Wheaton, MN 56296 Traverse County That part of the NE¼ of Section 4, Township 128 North, Range 46 West of the Fifth Principal Meridian, Traverse County, Minnesota, described as follows: The North 475.00 feet of the West 865.00 feet of t**<br>Line from *Schedule A/B*: **1.1** | **$275,000.00** | ☐ ____<br>■ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. §§ 510.01, 510.02** |
| **No Address Traverse County PID: 08-0016001; The North 19.93 acres of Lot 1, the North 20.38 acres of Lot 2, all in Section 4, Township 128 North, Range 46 West of the Fifth Principal Meridian, Traverse County, Minnesota, EXCEPTING THEREFROM that part of**<br>Line from *Schedule A/B*: **1.6** | **$519,700.00** | ☐ ____<br>■ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. §§ 510.01, 510.02** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| **No Address Traverse County PID: 08-0016002; The South Thirty (30) acres of Lot One (1), the South Thirty (30) acres of Lot Two (2), and the South Half (S1/2) of the Northeast Quarter (NE1/4), all in Section Four (4), Township One Hundred Twenty-eight (12**<br>Line from *Schedule A/B*: **1.7** | **$1,198,900.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. §§ 510.01, 510.02** |
| **No Address Traverse County PID: 12-0123000; The West 50 acres of the Southeast Quarter (SE1/4), Section Thirty-three (33), Township One Hundred Twenty-nine (129) North, Range Forty-six West of the Fifth Principal Meridian, Traverse County, Minnesota EXCE**<br>Line from *Schedule A/B*: **1.11** | **$399,500.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. §§ 510.01, 510.02** |
| **No Address Traverse County PID: 12-0120000; The SE¼NW¼ of Section 33, and the E½SW¼ of Section 33; in Township 129 North, Range 46 West, Traverse County, Minnesota, EXCEPTING THEREFROM that part of the SW¼ of Section 33, Township 129 North, Range 46 West**<br>Line from *Schedule A/B*: **1.15** | **$879,400.00** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. §§ 510.01, 510.02** |
| **2013 Lincoln MKX 260000 miles**<br>Line from *Schedule A/B*: **3.1** | **$1,000.00** | ■ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 12a(1)** |
| **2022 Ford Explorer 42000 miles**<br>Line from *Schedule A/B*: **3.2** | **$25,000.00** | ■ **$2,219.81**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 12a(1)** |
| **regular household electronics**<br>Line from *Schedule A/B*: **7.1** | **$100.00** | ■ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(b)** |
| **Wearing Apparel**<br>Line from *Schedule A/B*: **11.1** | **$250.00** | ■ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(a)** |
| **Wedding Rings**<br>Line from *Schedule A/B*: **12.1** | **$250.00** | ■ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 4(c)** |

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **401(k): Fidelity**<br>Line from *Schedule A/B*: **21.1** | **$328,394.10** | ■ **$162,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 24** |
| **Country Financial - Policy #003680444**<br>**Beneficiary: David Raguse**<br>Line from *Schedule A/B*: **31.1** | **$0.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 10** |
| **Country Financial - Policy #003266832**<br>**Beneficiary: Susan Raguse**<br>Line from *Schedule A/B*: **31.2** | **$0.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 10** |
| **Northwestern Mutual - Policy # 21660165**<br>**Beneficiary: David Raguse**<br>Line from *Schedule A/B*: **31.3** | **$0.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Minn. Stat. § 550.37 subd. 10** |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

 ■ No

 ☐ Yes

**Fill in this information to identify your case:**

Debtor 1 **David Dean Raguse**
First Name Middle Name Last Name

Debtor 2 **Susan Eve Raguse**
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number **26-60312**
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 **Amrize Midwest, Inc.** — **Describe the property that secures the claim:** | **$37,199.91** | **$879,400.00** | **$37,199.91** |

Creditor's Name

**f/k/a Holcim - MWR - Inc.**
**1010 Dale Street North**
**Saint Paul, MN**
**55117-5603**
Number, Street, City, State & Zip Code

**17729 East Swan Lake Road Fergus Falls, MN 56537 Otter Tail County PID: 12-0120000; The SE¼NW¼ of Section 33, and the E½SW¼ of Section 33; in Township 129 North, Range 46 West, Traverse County, Minnesota, EXCEPTING THEREFROM that part of**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** **11/14/2025** **Last 4 digits of account number**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | David Dean Raguse | | Case number (if known) | 26-60312 |
| | First Name / Middle Name / Last Name | | | |
| Debtor 2 | Susan Eve Raguse | | | |
| | First Name / Middle Name / Last Name | | | |

**2.2 Cornerstone Bank**
Creditor's Name

**Describe the property that secures the claim:** **$3,946,372.02** **$879,400.00** **Unknown**

**17729 East Swan Lake Road Fergus Falls, MN 56537 Otter Tail County PID: 12-0120000; The SE¼NW¼ of Section 33, and the E½SW¼ of Section 33; in Township 129 North, Range 46 West, Traverse County, Minnesota, EXCEPTING THEREFROM that part of**

**2280 45th Street South**
**Fargo, ND 58104**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **First Mortgage**

**Date debt was incurred** **3/19/2021** **Last 4 digits of account number**

---

**2.3 Cornerstone Bank**
Creditor's Name

**Describe the property that secures the claim:** **$1,091,831.91** **$879,400.00** **Unknown**

**17729 East Swan Lake Road Fergus Falls, MN 56537 Otter Tail County PID: 12-0120000; The SE¼NW¼ of Section 33, and the E½SW¼ of Section 33; in Township 129 North, Range 46 West, Traverse County, Minnesota, EXCEPTING THEREFROM that part of**

**2280 45th Street South**
**Fargo, ND 58104**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Second Mortgage**

**Date debt was incurred** **9/30/2021** **Last 4 digits of account number**

2.4 **Cornerstone Bank**
Creditor's Name

**Describe the property that secures the claim:** **$323,412.40** **$879,400.00** **Unknown**

**17729 East Swan Lake Road Fergus Falls, MN 56537 Otter Tail County PID: 12-0120000; The SE¼NW¼ of Section 33, and the E½SW¼ of Section 33; in Township 129 North, Range 46 West, Traverse County, Minnesota, EXCEPTING THEREFROM that part of**

**2280 45th Street South**
**Fargo, ND 58104**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Third Mortgage**

**Date debt was incurred** **10/5/2021** **Last 4 digits of account number**

---

2.5 **Cornerstone Bank**
Creditor's Name

**Describe the property that secures the claim:** **$2,430,960.45** **$879,400.00** **Unknown**

**17729 East Swan Lake Road Fergus Falls, MN 56537 Otter Tail County PID: 12-0120000; The SE¼NW¼ of Section 33, and the E½SW¼ of Section 33; in Township 129 North, Range 46 West, Traverse County, Minnesota, EXCEPTING THEREFROM that part of**

**2280 45th Street South**
**Fargo, ND 58104**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Fourth Mortgage**

**Date debt was incurred** **10/31/2024** **Last 4 digits of account number**

Debtor 1 **David Dean Raguse** Case number (if known) **26-60312**
First Name Middle Name Last Name
Debtor 2 **Susan Eve Raguse**
First Name Middle Name Last Name

2.6 **Fifth Third Bank**
Creditor's Name

**P.O. Box 630778**
**Cincinnati, OH 45263-0778**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **$22,780.19** **$25,000.00** **$0.00**

**2022 Ford Explorer 42000 miles**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Auto Loan**

**Date debt was incurred** **Last 4 digits of account number**

2.7 **Mid Minnesota Federal Credit U**
Creditor's Name

**1820 W Lincoln Avenue**
**Fergus Falls, MN 56537**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **$15,645.87** **$16,000.00** **$0.00**

**2019 Ford Transit Van 187,000 miles**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Auto Loan**

**Date debt was incurred** **Last 4 digits of account number** **4756**

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$7,868,202.75** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$7,868,202.75** |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

**Fill in this information to identify your case:**

Debtor 1 **David Dean Raguse**
First Name Middle Name Last Name

Debtor 2 **Susan Eve Raguse**
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number **26-60312**
(if known)

☐ Check if this is an amended filing

# Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 **Internal Revenue Service Cente** | Last 4 digits of account number | **$14,415.00** | **$14,415.00** | **$0.00** |

Priority Creditor's Name

**Attn: Centralized Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**2023 Tax**

2.2 **MN Department of Revenue**
Priority Creditor's Name
**600 N. Robert Street**
**Saint Paul, MN 55146**
Number Street City State Zip Code

**Last 4 digits of account number** **$1,666.00** **$1,666.00** **$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**2022 Taxes**

2.3 **MN Department of Revenue**
Priority Creditor's Name
**600 N. Robert Street**
**Saint Paul, MN 55146**
Number Street City State Zip Code

**Last 4 digits of account number** **$4,169.00** **$4,169.00** **$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**2023 Taxes**

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

4.1 **American Welding & Gas, Inc.**
Nonpriority Creditor's Name
**1440 West Lincoln Avenue**
**Fergus Falls, MN 56537**
Number Street City State Zip Code

**Last 4 digits of account number**

**$810.81**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Lease Payments**

---

4.2 **Arlin Prochnow**
Nonpriority Creditor's Name
**3403 Parkview Lane South**
**Fargo, ND 58103**
Number Street City State Zip Code

**Last 4 digits of account number**

**$34,897.50**

**When was the debt incurred?** **2/5/2026**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Farm Lease**

---

4.3 **Arlin Prochnow**
Nonpriority Creditor's Name
**3403 Parkview Lane South**
**Fargo, ND 58103**
Number Street City State Zip Code

**Last 4 digits of account number**

**$14,385.25**

**When was the debt incurred?** **1/7/2026**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Farm Lease**

4.4 **CNH Industrial Capital America**
Nonpriority Creditor's Name
**700 State Street**
**Racine, WI 53404**
Number Street City State Zip Code

**Last 4 digits of account number**

**$90,589.20**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Equipment Debt**

---

4.5 **CNH Industrial Capital America**
Nonpriority Creditor's Name
**700 State Street**
**Racine, WI 53404**
Number Street City State Zip Code

**Last 4 digits of account number**

**$16,917.31**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Equipment Debt**

---

4.6 **CNH Industrial Capital America**
Nonpriority Creditor's Name
**700 State Street**
**Racine, WI 53404**
Number Street City State Zip Code

**Last 4 digits of account number**

**$232,131.77**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Equipment Debt**

---

4.7 **CNH Industrial Capital America**
Nonpriority Creditor's Name
**700 State Street**
**Racine, WI 53404**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Equipment Debt**

**$232,131.77**

---

4.8 **CNH Industrial Capital America**
Nonpriority Creditor's Name
**700 State Street**
**Racine, WI 53404**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Equipment Debt**

**$157,621.93**

---

4.9 **CNH Industrial Capital America**
Nonpriority Creditor's Name
**700 State Street**
**Racine, WI 53404**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Equipment Debt**

**$95,865.14**

4.10 **CNH Industrial Capital America** — Last 4 digits of account number ______ **$2,693,084.07**

Nonpriority Creditor's Name
**700 State Street**
**Racine, WI 53404**
Number Street City State Zip Code

When was the debt incurred? ______

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Equipment Debt**

4.11 **CNH Industrial Capital America** — Last 4 digits of account number ______ **$1,729,021.92**

Nonpriority Creditor's Name
**700 State Street**
**Racine, WI 53404**
Number Street City State Zip Code

When was the debt incurred? ______

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Equipment Debt**

4.12 **CNH Industrial Capital America** — Last 4 digits of account number ______ **$386,686.68**

Nonpriority Creditor's Name
**700 State Street**
**Racine, WI 53404**
Number Street City State Zip Code

When was the debt incurred? ______

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Equipment Debt**

4.13 **CNH Industrial Capital America** — **$343,086.42**

Nonpriority Creditor's Name
**700 State Street**
**Racine, WI 53404**
Number Street City State Zip Code

Last 4 digits of account number

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Equipment Debt**

---

4.14 **Cornerstone Bank** — **$1,091,831.91**

Nonpriority Creditor's Name
**2280 45th Street South**
**Fargo, ND 58104**
Number Street City State Zip Code

Last 4 digits of account number

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Operating Loan Debt**

---

4.15 **Cornerstone Bank** — **$560,892.98**

Nonpriority Creditor's Name
**2280 45th Street South**
**Fargo, ND 58104**
Number Street City State Zip Code

Last 4 digits of account number

When was the debt incurred?

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guaranty of Loan**

4.16

**Cornerstone Bank**
Nonpriority Creditor's Name
**2280 45th Street South**
**Fargo, ND 58104**
Number Street City State Zip Code

**Last 4 digits of account number**

**$6,389,481.73**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guaranty of Loan**

---

4.17

**Cornerstone Bank**
Nonpriority Creditor's Name
**2280 45th Street South**
**Fargo, ND 58104**
Number Street City State Zip Code

**Last 4 digits of account number**

**$3,946,372.02**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guaranty of Loan**

---

4.18

**Cornerstone Bank**
Nonpriority Creditor's Name
**2280 45th Street South**
**Fargo, ND 58104**
Number Street City State Zip Code

**Last 4 digits of account number**

**$3,189,593.10**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guaranty of Loan**

---

4.19 **Cornerstone Bank** — Last 4 digits of account number: — **$323,412.40**

Nonpriority Creditor's Name
**2280 45th Street South**
**Fargo, ND 58104**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guaranty of Loan**

---

4.20 **Fred's Farm Supply** — Last 4 digits of account number: — **$336,065.16**

Nonpriority Creditor's Name
**7575 County Road 64**
**Edgeley, ND 58433**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Equipment Debt**

---

4.21 **GM Financial** — Last 4 digits of account number: **4892** — **$1,136.94**

Nonpriority Creditor's Name
**P.O. Box 650595**
**Dallas, TX 75265-0595**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **2026 Chevrolet Silverado 1500**

4.22

**GM Rewards**
Nonpriority Creditor's Name
**P.O. Box 13337**
**Philadelphia, PA 19101-3337**
Number Street City State Zip Code

**Last 4 digits of account number** 4742 — **$586.74**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit card purchases**

---

4.23

**Home Depot Credit Services**
Nonpriority Creditor's Name
**P.O. Box 6060**
**Carol Stream, IL 60197-6060**
Number Street City State Zip Code

**Last 4 digits of account number** 2122 — **$4,774.08**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit card purchases**

---

4.24

**Larson Oil**
Nonpriority Creditor's Name
**902 Broadway**
**Wheaton, MN 56296**
Number Street City State Zip Code

**Last 4 digits of account number** — **$300,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Trade debt**

---

4.25

**Michael Prochnow**
Nonpriority Creditor's Name
**9987 170th Avenue SE**
**Hankinson, ND 58041**
Number Street City State Zip Code

**Last 4 digits of account number**

**$33,696.60**

**When was the debt incurred?** **1/7/2026**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Farm Lease**

4.26

**Michael Prochnow**
Nonpriority Creditor's Name
**9987 170th Avenue SE**
**Hankinson, ND 58041**
Number Street City State Zip Code

**Last 4 digits of account number**

**$14,385.25**

**When was the debt incurred?** **1/7/2026**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Farm Lease**

4.27

**Michael Prochnow**
Nonpriority Creditor's Name
**9987 170th Avenue SE**
**Hankinson, ND 58041**
Number Street City State Zip Code

**Last 4 digits of account number**

**$63,807.00**

**When was the debt incurred?** **1/7/2026**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Farm Lease**

**4.28** **Rick Prochnow** — Nonpriority Creditor's Name
**9920 170th Avenue SE**
**Hankinson, ND 58041**
Number Street City State Zip Code

Last 4 digits of account number: 
**$64,836.00**

When was the debt incurred? **1/7/2026**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Farm Lease**

---

**4.29** **Ronald Prochnow** — Nonpriority Creditor's Name
**16616 Lake Elsie Drive**
**Hankinson, ND 58041**
Number Street City State Zip Code

Last 4 digits of account number: 
**$198,495.00**

When was the debt incurred? **1/7/2026**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Farm Lease**

---

**4.30** **Ronald Prochnow** — Nonpriority Creditor's Name
**16616 Lake Elsie Drive**
**Hankinson, ND 58041**
Number Street City State Zip Code

Last 4 digits of account number: 
**$14,385.25**

When was the debt incurred? **1/7/2026**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Farm Lease**

---

4.31 **Town and Country Credit Union** — Nonpriority Creditor's Name
**615 South Broadway**
**P.O. Box 2046**
**Minot, ND 58702-2046**
Number Street City State Zip Code

**Last 4 digits of account number** 7594 — **$19,681.71**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit card purchases**

---

4.32 **Traverse Cty Auditor/Treasurer** — Nonpriority Creditor's Name
**702 2nd Ave North**
**P.O. Box 428**
**Wheaton, MN 56296**
Number Street City State Zip Code

**Last 4 digits of account number** — **$45,825.56**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Tax Debt**

---

4.33 **Valley Fab & Repair, Inc.** — Nonpriority Creditor's Name
**800 Buffalo Ave**
**Suite A**
**Breckenridge, MN 56520**
Number Street City State Zip Code

**Last 4 digits of account number** — **$5,190.06**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Service Debt**

4.34 **Wilkin County** — Last 4 digits of account number — **$304.00**

Nonpriority Creditor's Name
**300 South 5th Street**
**Breckenridge, MN 56520**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Tax Debt**

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 20,250.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 20,250.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 22,631,983.26 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 22,631,983.26 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | David Dean Raguse | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Susan Eve Raguse | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) **26-60312**

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Arlin Prochnow**<br>**3403 Parkview Lane South**<br>**Fargo, ND 58103** | **Cash Rent Farm Lease - 136.37 tillable acres** |
| 2.2 | **GM Financial**<br>**P.O. Box 650595**<br>**Dallas, TX 75265-0595** | **2026 Chevrolet Silverado 1500 Vehicle Lease** |
| 2.3 | **Michael Prochnow**<br>**9987 170th Avenue SE**<br>**Hankinson, ND 58041** | **Cash Rent Farm Lease - 149.1 tillable acres** |
| 2.4 | **Michael Prochnow**<br>**9987 170th Avenue SE**<br>**Hankinson, ND 58041** | **Cash Rent Farm Lease - 284.77 tillable acres** |
| 2.5 | **Rick Prochnow**<br>**9920 170th Avenue SE**<br>**Hankinson, ND 58041** | **Cash Rent Farm Lease - 284.77 tillable acres** |
| 2.6 | **Ronald Prochnow**<br>**16616 Lake Elsie Drive**<br>**Hankinson, ND 58041** | **Cash Rent Farm Lease - 284.77 tillable acres** |
| 2.7 | **Tore Bredvik**<br>**514 Northwood Drive**<br>**Horace, ND 58047** | **Cash Rent Farm Lease - 114.5 tillable acres** |

**Fill in this information to identify your case:**

Debtor 1 **David Dean Raguse**
First Name Middle Name Last Name

Debtor 2 **Susan Eve Raguse**
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number **26-60312**
(if known)

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Amrize Midwest, Inc.** |
| 3.2 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Amrize Midwest, Inc.** |
| 3.3 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.17**<br>☐ Schedule G _____<br>**Cornerstone Bank** |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.15**<br>☐ Schedule G _____<br>**Cornerstone Bank** |
| 3.5 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.14**<br>☐ Schedule G _____<br>**Cornerstone Bank** |
| 3.6 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.16**<br>☐ Schedule G _____<br>**Cornerstone Bank** |
| 3.7 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.18**<br>☐ Schedule G _____<br>**Cornerstone Bank** |
| 3.8 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.19**<br>☐ Schedule G _____<br>**Cornerstone Bank** |
| 3.9 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.20**<br>☐ Schedule G _____<br>**Fred's Farm Supply** |
| 3.10 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.5**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.11 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.4**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.12 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.6**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.13 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.7**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.14 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.8**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.15 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.9**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.16 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.10**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.17 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.11**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.18 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.12**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.19 | **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.13**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.20 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Amrize Midwest, Inc.** |
| 3.21 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Amrize Midwest, Inc.** |
| 3.22 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.2**<br>☐ Schedule G _____<br>**Arlin Prochnow** |
| 3.23 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.25**<br>☐ Schedule G _____<br>**Michael Prochnow** |
| 3.24 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.26**<br>☐ Schedule G _____<br>**Michael Prochnow** |
| 3.25 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.28**<br>☐ Schedule G _____<br>**Rick Prochnow** |
| 3.26 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.29**<br>☐ Schedule G _____<br>**Ronald Prochnow** |
| 3.27 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.17**<br>☐ Schedule G _____<br>**Cornerstone Bank** |

### Additional Page to List More Codebtors

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.15**<br>☐ Schedule G _____<br>**Cornerstone Bank** |
| 3.29 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.14**<br>☐ Schedule G _____<br>**Cornerstone Bank** |
| 3.30 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.16**<br>☐ Schedule G _____<br>**Cornerstone Bank** |
| 3.31 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.18**<br>☐ Schedule G _____<br>**Cornerstone Bank** |
| 3.32 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.19**<br>☐ Schedule G _____<br>**Cornerstone Bank** |
| 3.33 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.20**<br>☐ Schedule G _____<br>**Fred's Farm Supply** |
| 3.34 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.5**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.35 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.4**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.36 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.6**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.37 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.7**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.38 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.8**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.39 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.9**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.40 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.10**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.41 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.11**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.42 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.12**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |
| 3.43 **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.13**<br>☐ Schedule G _____<br>**CNH Industrial Capital America** |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.44 | **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.33**<br>☐ Schedule G _____<br>**Valley Fab & Repair, Inc.** |
| 3.45 | **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.3**<br>☐ Schedule G _____<br>**Arlin Prochnow** |
| 3.46 | **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.27**<br>☐ Schedule G _____<br>**Michael Prochnow** |
| 3.47 | **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.30**<br>☐ Schedule G _____<br>**Ronald Prochnow** |
| 3.48 | **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G **2.3**<br>**Michael Prochnow** |
| 3.49 | **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G **2.4**<br>**Michael Prochnow** |
| 3.50 | **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G **2.6**<br>**Ronald Prochnow** |
| 3.51 | **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G **2.5**<br>**Rick Prochnow** |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.52 | **Truman Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G **2.7**<br>**Tore Bredvik** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **David Dean Raguse** |
| Debtor 2 (Spouse, if filing) | **Susan Eve Raguse** |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (If known) | **26-60312** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

____________
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

**12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | **Owner/General Partner** | **Manufacturing Technician II** |
| **Employer's name** | **Raguse Family Partnership** | **Doosan Bobcat North America** |
| **Employer's address** | **6867 740th Street<br>Wheaton, MN 56296** | **250 East Beaton Drive<br>West Fargo, ND 58078** |
| **How long employed there?** | **8 years** | **16.5 years** |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **8,666.67** | $ **7,082.70** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **8,666.67** | $ **7,082.70** |

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 8,666.67 | | $ 7,082.70 |
| 5. | **List all payroll deductions:** | | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | | $ 749.47 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | | $ 991.58 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | | $ 1,323.64 |
| 5e. | **Insurance** | 5e. | $ 0.00 | | $ 557.05 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | | $ 0.00 |
| 5h. | **Other deductions.** Specify: HSA Family | 5h.+ | $ 0.00 | + | $ 704.17 |
| | Identity Theft | | $ 0.00 | | $ 14.04 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | | $ 4,339.95 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 8,666.67 | | $ 2,742.75 |
| 8. | **List all other income regularly received:** | | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.
10. $ 8,666.67 + $ 2,742.75 = $ 11,409.42

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:
11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies
12. $ 11,409.42
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- ■ No.
- ☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1 **David Dean Raguse**

Debtor 2 **Susan Eve Raguse**
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number **26-60312**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

# Official Form 106J

# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ■ No

Do not list Debtor 1 and Debtor 2. ☐ Yes. Fill out this information for each dependent.............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ■ No ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | **0.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | **375.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **190.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **400.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

Debtor 1 **David Dean Raguse**
Debtor 2 **Susan Eve Raguse**

Case number (if known) **26-60312**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | **446.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | **30.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **447.00** |
| | 6d. Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **520.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **100.00** |
| 10. | **Personal care products and services** | 10. $ | **100.00** |
| 11. | **Medical and dental expenses** | 11. $ | **350.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **300.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **80.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **2,644.00** |
| | 15b. Health insurance | 15b. $ | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | **450.00** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **1,137.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **1,213.00** |
| | 17c. Other. Specify: | 17c. $ | **0.00** |
| | 17d. Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | **0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **8,882.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **8,882.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **11,409.42** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **8,882.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **2,527.42** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **David Dean Raguse** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Susan Eve Raguse** | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) **26-60312**

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person ______________________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ David Dean Raguse**
**David Dean Raguse**
Signature of Debtor 1

Date **May 28, 2026**

X **/s/ Susan Eve Raguse**
**Susan Eve Raguse**
Signature of Debtor 2

Date **May 28, 2026**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | David Dean Raguse | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Susan Eve Raguse | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA | | |
| Case number (if known) | 26-60312 | | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

■ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2 Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$40,114.00** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$32,856.70** |

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year: (January 1 to December 31, 2025 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$85,000.00** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$70,360.43** |
| **For the calendar year before that: (January 1 to December 31, 2024 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$78,000.00** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$71,542.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|
| **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

■ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **CNH Industrial Capital America LLC v. Raguse Family Partnership, David Raguse, Susan Raguse and Truman Raguse<br>78-CV-26-55** | **Breach of Contract** | **Traverse County District Court<br>702 Second Avenue North<br>P.O. Box 867<br>Wheaton, MN 56296** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **LSI Equipment Leasing vs. Truman Dean Raguse, David D. Raguse, Susan E. Raguse<br>78-CV-26-46** | **Breach of Contract** | **Traverse County District Court<br>702 Second Avenue North<br>P.O. Box 867<br>Wheaton, MN 56296** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Cornerstone Bank vs. Raguse Family Partnership, David Raguse, Susan Raguse, Truman Raguse, Amrize Midwest, Inc.<br>78-CV-26-23** | **Civil** | **Traverse County District Court<br>702 Second Avenue North<br>P.O. Box 867<br>Wheaton, MN 56296** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Deere & Financial Company, John Deere Financial, F.S.B. vs. Truman Dean Raguse, David Raguse, Susan Raguse<br>78-CV-25-184** | **Breach of Contract** | **Traverse County District Court<br>702 Second Avenue North<br>P.O. Box 867<br>Wheaton, MN 56296** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Amrize Midwest, Inc., f/k/a Holcim-MWR-Inc. vs. David Raguse, individually, Susan Raguse, individually, Truman Raguse, individually, and collectively d/b/a Raguse Family Partnership**<br>**78-CV-25-173** | **Civil** | **Traverse County District Court**<br>**702 Second Avenue North**<br>**P.O. Box 867**<br>**Wheaton, MN 56296** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Simplot AB Retail, Inc., d/b/a Simplot Grower Solutions vs. Tru Ag LLC, Raguse Family Partnership, Truman Raguse, David Raguse, Susan Raguse**<br>**78-CV-25-132** | **Civil** | **Traverse County District Court**<br>**702 Second Avenue North**<br>**P.O. Box 867**<br>**Wheaton, MN 56296** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Holcim-MWR-Inc. vs. David Raguse, Susan Raguse, Truman Raguse, Raguse Family Partnership**<br>**78-CV-25-123** | **Civil** | **Traverse County District Court**<br>**702 Second Avenue North**<br>**P.O. Box 867**<br>**Wheaton, MN 56296** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Advance Servicing Inc. v. Raguse Familiy Partnership, Truman Dean Raguse and David Dean Raguse**<br>**E2026001787** | **Breach of Contract** | **Monroe County Court**<br>**99 Exchange Blvd.**<br>**Hall of Justice 5th Fl, Rm 545**<br>**Rochester, NY 14614** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Deutsche Leasing USA, Inc. v. Raguse Family Partnership, Truman Raguse, David Raguse and Susan Raguse**<br>**26-CV-1642** | **Breach of Contract** | **United States District Court**<br>**Northern District of Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Sunflour Railroad, Inc. v. Raguse Family Partnership, Truman Raguse, David Raguse and Susan Raguse**<br>**2026CV30493** | **Breach of Contract** | **Adams County District Court**<br>**1100 Judicial Center Drive**<br>**Brighton, CO 80601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Cargill, Incorporated vs Raguse Family Partnership, David Raguse, Susan Raguse, Truman Raguse**<br>**78-CV-26-74** | **Civil** | **Traverse County District Court**<br>**702 Second Avenue North**<br>**P.O. Box 867**<br>**Wheaton, MN 56296** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☐ **No**
■ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo Bank** | **XXXX-9783** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **5/16/2026** | **$0.00** |
| **Wells Fargo Bank** | **XXXX-3806** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **5/16/2026** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ **No**
■ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Town and Country Credit Union**<br>**615 South Broadway**<br>**P.O. Box 2046**<br>**Minot, ND 58702-2046** | **David Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296**<br><br>**Susan Raguse**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | **Will** | ☐ No<br>■ Yes |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9: Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10: Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

- ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
- ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**
- ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24.** **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25.** **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ **A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time**

■ **A member of a limited liability company (LLC) or limited liability partnership (LLP)**

■ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| **Golden Sunset Properties L.L.C.**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | **Real estate holding company** | EIN: **45-4848405**<br>From-To **1/7/2013-present** |
| **Raguse Family Partnership**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | **Family farm**<br>**Tim Schmitz** | EIN: **82-3995145**<br>From-To **2018-present** |
| **R.A.G. Holdings, LLC**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | **Real estate holding company**<br>**Tim Schmitz** | EIN: **86-2846288**<br>From-To **2021 to present** |
| **Red Rock Cattle, LLC**<br>**6867 740th Street**<br>**Wheaton, MN 56296** | **Cattle farming**<br>**Tim Schmitz** | EIN: **99-0492634**<br>From-To **2024 to present** |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**
■ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Cornerstone Bank**<br>**2280 45th Street South**<br>**Fargo, ND 58104** | |

**Part 12: Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | |
|---|---|
| **/s/ David Dean Raguse** | **/s/ Susan Eve Raguse** |
| **David Dean Raguse** | **Susan Eve Raguse** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| **Date** **May 28, 2026** | **Date** **May 28, 2026** |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person ______. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).